UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDIS COMPANY,

        Plaintiff,

vs.

YESH MUSIC LLC,

        Defendant.

Case No. 2:20-cv-00966

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Andis Company, by its counsel, hereby dismisses this action.

Dated this 21st day of September, 2020.

**MICHAEL BEST & FRIEDRICH LLP**

By:   */s/ Katherine W. Schill*
     Katherine W. Schill, #1025887
     kwschill@michaelbest.com
     790 North Water Street, Suite 2500
     Milwaukee, WI 53202
     Telephone: 414.271.6560
     Facsimile: 414.277.0656

     Attorney for Andis Company

     OF COUNSEL

     Jeffrey H. Brown, #6224571
     jhbrown@michaelbest.com
     444 West Lake Street, Suite 3200
     Chicago, IL 60606
     Telephone: 312.222.0800
     Facsimile: 312.222.0818